B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Marcellus, Nicole** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **xxx-xx-3470** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **39740 Schroeder** **Clinton Township, MI** ZIP Code **48038** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Macomb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Marcellus, Nicole**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X /s/ Jamie Ryan Ryke**      **July 2, 2014** <br> Signature of Attorney for Debtor(s)      (Date) <br> **Jamie Ryan Ryke P56503** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

Name of Debtor(s): **Marcellus, Nicole**

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Nicole Marcellus**
Signature of Debtor **Nicole Marcellus**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**July 2, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Attorney*

**X /s/ Jamie Ryan Ryke**
Signature of Attorney for Debtor(s)

**Jamie Ryan Ryke P56503**
Printed Name of Attorney for Debtor(s)

**Free Bankruptcy Evaluation, P.L.L.C.**
Firm Name

**24725 West 12 Mile Rd**
**Suite 110**
**Southfield, MI 48034**

Address

                  **Email: jr@savedme.com**
**248-945-1111 Fax: 248-945-4844**
Telephone Number

**July 2, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:  Case No.
 Chapter 13
 Hon.

Nicole Marcellus, Debtor(s).
_____/

**STATEMENT OF ATTORNEY FOR DEBTOR(S)**
**PURSUANT TO F.R. BANKR.P. 2016(b)**

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is:
 [Check one]

 [ ]  **FLAT FEE**

 A. For legal services rendered in contemplation of and in connection with this case,
  Exclusive of the filing fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

 B. Prior to filing this statement, received. . . . . . . . . . . . . . . . . _____

 C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . _____

 [ X ]  **RETAINER/FLAT FEE BLEND**

 A. Pursuant to retainer agreement:
 The client agrees to compensate Free Bankruptcy Evaluation in such amount as is approved by the Bankruptcy Court in accordance with the terms and conditions of the Chapter 13 Plan. The minimum for services rendered in connection with a confirmed Chapter 13 Plan shall be $3000.00, based upon the hourly rate of the services performed by the Firm. The actual fee shall be that which is approved by the court subject to the minimum charged of $3000.00 and if the time devoted to such tasks exceeds $3000.00, then the fee shall be such amount based upon hourly charges for the services performed subject to approval by the Court.

 A. Agreed fee (subject to hourly billing if fees exceed $3000.00) ___$3000.00

  Fees received prior to filing the case . . . . . . . . . . . . ___$0.00

  Balance due (subject to hourly billing if the fee exceeds $_____) ___$3000.00
 B. The undersigned shall bill against the retainer at an hourly rate of
  $250.00.00 (subject to annual increases).__[Or attach firm hourly rate schedule.]
  Debtor(s) have agreed to pay all court approved fees and expenses exceeding the
  amount of the retainer.

3. $310.00 of the filing fee has been paid.

4. In return of the above disclosed fee, I have agreed to render legal service for
 all aspects of the bankruptcy case, including: [Cross out any that do not apply]

G. Other:
   (a) Analysis of Client's financial situation, and rendering advice and assistance to Client in determining whether to file a petition under Title II, U.S.C.
   (b) Preparation and filing of the Petition, Schedules, Statement of Affairs, and other documents required to be filed to initiate proceedings.
   (c) Representation of Client at first meeting of creditors.
   (d) Preparation and filing of any pleadings required to reaffirm any debt or to redeem any property.
   (e) Attendance and representation (if a chapter 13 matter) at the confirmation hearing.

5. By agreement with the debtor(s), the above-disclosed fee does not include the following Services:

The Attorney Fee **DOES NOT** include Additional or Supplemental Services and anything other than above. Examples of items that are Additional or Supplemental Services that are **not included** are:

   (a) Attendance at any hearing on the valuation of property.
   (b) Attendance at any hearing on a motion seeking termination or modification of the bankruptcy stay.
   (c) Attendance or representation of you in any adversarial proceedings unless otherwise mandated by the Local Bankruptcy Rules of the District.
   (d) Discovery or attendance in any examination regarding the debts of the Client.
   (e) Work related to a motion to dismiss filed by the Trustee or a Creditor.
   (f) Post confirmation conferences or other work or if a chapter 7 any Post 341 Hearing conference or Post 341 Hearing.

If any of the above Additional or Supplemental services are performed then such services shall be billed to you at our hourly rate for the person performing such services plus any related reimbursable expenses. The attorney rate for such services in connection with Chapter 13 Bankruptcy work is $250.00 per hour and for non-bankruptcy work is $250.00. Provided further, depending upon the nature of the Additional or Supplemental services, we may require the payment in advance of a retainer against hourly charges. In such circumstances, you will be advised of the amount of the retainer required.

Specifically with regard to representation in any adversarial proceeding filed by a creditor or litigation filed by the Chapter 7 Trustee or the U.S. Trustee, Free Bankruptcy Evaluation must be separately retained in writing, otherwise, Free Bankruptcy Evaluation shall not represent Client with regard to such proceeding, unless mandated by the local bankruptcy rules of the district.

6. The source of payment to the undersigned was from:

   A. _X___ Debtor(s)' earnings, wages, compensation for services performed

   B. ____ Other (describe, including the identity of payor)

   _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid excepts as follows:

Dated: July 2, 2014                                          /s/ Jamie Ryke_____
                                                             Attorney for Debtor(s)

Agreed: /s/ Nicole Marcellus___
         Nicole Marcellus, Debtor

## United States Bankruptcy Court
### Eastern District of Michigan

In re __Nicole Marcellus__                              Case No.
                                  Debtor(s)             Chapter    __13__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  __July 2, 2014__                   __/s/ Nicole Marcellus__
                                          **Nicole Marcellus**
                                          Signature of Debtor

Cap One
Po Box 85520
Richmond, VA 23285


Credit Acceptance
Po Box 513
Southfield, MI 48037


Extra Credit Union
6611 Chicago Rd
Warren, MI 48092


Michigan Mutual/Dovenm
1 Corporate Dr Ste 360
Lake Zurich, IL 60047


Sunoco/Cbn
Po Box 6497
Sioux Falls, SD 57117


Syncb/Discount Tire
Po Box 965036
Orlando, FL 32896


Syncb/Sams Club
Po Box 965005
Orlando, FL 32896